UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar FILED

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

2003 OCT 23 P 1:38

US DISTRICT COURT
HARTFORD CT

October 23, 2003

10:00 a.m.

3-02-cv-2134  (DJS) Travelers Indemnity v BCD Food Corp
-----------------------------------------------------

SETTLEMENT CONFERENCE

COUNSEL OF RECORD:

| | |
|---|---|
| Edward W. Case | Law Offices of Nancy S. Rosenbaum, 655 Winding Brook Dr., Glastonbury, CT 860-633-9471 |
| Brian P. Henry | Tedford & Henry, 750 Main St. Suite 510, Hartford, CT 860-293-1200 |
| Frederick B. Tedford | Tedford & Henry, 750 Main St. Suite 510, Hartford, CT 860-293-1200 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Conf. held w/ TPS — case Settled*

*3 hrs*