UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Travelers Indemnity,
    Plaintiff

   - v -                               Civil No. 3-02CV2134(DJS)

BCD Food Corp.,
    Defendant

ORDER

A settlement conference was held in this case October 23, 2003. The case has been settled. The parties shall promptly file the appropriate papers within thirty (30) days.

**IT IS SO ORDERED**

Dated at Hartford, Connecticut, this 23rd day of October, 2003.

_____
Thomas P. Smith
United States Magistrate Judge