UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

THE TRAVLERS INDEMNITY
COMPANY OF AMERICA
    Plaintiff

2003 NOV -5  A 11: 31

v.

CIVIL NO.: 3:02cv2134(DJS)

BCD FOOD CORP. d/b/a FINE FARE
SUPERMARKET
    Defendant

## STIPULATION OF DISMISSAL

The parties in the above-entitled action hereby stipulate to a dismissal of this case

with prejudice without costs or fees to either party.

Dated: Hartford, CT
       November 4, 2003

By: _____

Frederick B. Tedford ct05335
Brian P. Henry ct21109
TEDFORD & HENRY, LLP
750 Main Street, Suite 510
Hartford, CT  06103
Phone: (860) 293-1200
Fax:    (860) 293-0685
ftedford@tedfordhenry.com
bhenry@tedfordhenry.com

Attorneys for the Plaintiff

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was served, via U.S. Mails, proper postage affixed, on this 4th day of November, 2003, to all counsel and *pro se* parties of record addressed to the following:

Edward W. Case, Esq.
655 Winding Brook Drive
Glastonbury, CT 06033-4337

Brian P. Henry