UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE TRAVELERS INDEMNITY
COMPANY OF AMERICA           :
    Plaintiff

                                     :  CIVIL NO.: 3:02cv2134(DJS)
v.

BCD FOOD CORP. dba Fine Fare
Supermarket                  :
    Defendant

**ORDER**

The Stipulation of Dismissal (Doc. #17) is hereby **GRANTED. The Clerk shall close this case.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   21st   day of November, 2003.

                                                   /s/DJS
                                            Dominic J. Squatrito
                                            United States District Judge